UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GRACE LYN HARVEY D/B/A GLM          §
REALTY GROUP LLC,                    §
                                     §
          Plaintiff,                 §
                                     §
V.                                   §          No. 3:22-cv-64-B
                                     §
UNITED STATES ATTORNEY BARRY         §
JOHN BROOKS, ET AL.,                 §
                                     §
          Defendants.                §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

**DATE: February 28, 2022.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE